LOCAL FORM 2
PAY ADVICE COVER SHEET

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  
    **Debra S. Fitzsimmons**

Case No. _____  
Chapter   13

Debtor..

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐     Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Dean A. McGee Eye Institute | 03/08/2014 | 05/07/2014 |

☐     The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on   **May 7, 2014**.

/s/ Debra S. Fitzsimmons  
**Debra S. Fitzsimmons**  
(Debtor Signature)  
☐ Pro se Debtor  
☒ Represented by Counsel

/s/ James E. Palinkas  
(Attorney Signature)  
**James E. Palinkas 15037**  
318 N. Broadway  
Shawnee, OK 74801  

(405) 275-0216  
(405) 275-0286  
jim@jepalinkas.com

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

CO    FILE  Case: 14-11978  Doc: 11  CHR  NO. 020  Filed: 05/09/14   Page: 2 of 5
6ES   000400 101100         0000180025

# Earnings Statement

**ADP**

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Period Ending: 04/25/2014
Pay Date: 05/02/2014

00000000017
**DEBRA S FITZSIMMONS**
14 E. BARNES
SHAWNEE OK 74804

Taxable Marital Status:
Federal:      Single

Exemptions/Allowances:
Federal:      4,$10 Additional Tax

Social Security Number: XXX-XX-7223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2536.83 | 80.00 | 2,536.83 | 22,831.47 |
| Pto | | 8.00 | | |
| Vac Pay Out | | | | 2,590.71 |
| **Gross Pay** | | | **$2,536.83** | 25,422.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -287.68 | 2,346.49 |
| | Social Security Tax | -155.17 | 1,557.70 |
| | Medicare Tax | -36.29 | 364.30 |
| | OK State Income Tax | -88.00 | 925.00 |
| | **Other** | | |
| | Dental | -1.10* | 9.90 |
| | Fsa Medical | -23.08* | 207.72 |
| | Loan 1 | -100.43 | 903.87 |
| | Loan 2 | -116.81 | 1,051.29 |
| | Medical | -19.51* | 175.59 |
| | Parking | -13.85 | 124.65 |
| | 401K | -50.74* | 508.47 |
| **Net Pay** | | **$1,644.17** | |
| | Checking | -1,644.17 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,442.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Med For W2 | 19.51 | |
| Group Term Life | 9.52 | 95.20 |
| Max Elig/Comp | 2,536.83 | 25,422.18 |
| Max Elig/Comp | 2,536.83 | 25,422.18 |
| Safe | 76.10 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
OK:    Married
Exemptions/Allowances:
OK:    0, Filing Jointly or Surviving Spouse

* Excluded from federal taxable wages

© 2003 ADP, Inc

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Advice number: 00000180025
Pay date: 05/02/2014

Deposited to the account of
DEBRA S FITZSIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8000 | xxxx xxxx | $1,644.17 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Case: 14-11978   Doc: 7   Filed: 05/09/14   Page: 3 of 5

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 6ES | 000400 | 101100 | | 0000160025 | 1 |

# Earnings Statement ADP

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Period Ending:  04/11/2014
Pay Date:       04/17/2014

Taxable Marital Status:
  Federal:   Single

00000000018
DEBRA S FITZSIMMONS
14 E. BARNES
SHAWNEE OK 74804

Exemptions/Allowances:
  Federal:   4, $10 Additional Tax

Social Security Number: XXX-XX-7223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2536.83 | 80.00 | 2,536.83 | 20,294.64 |
| Vac Pay Out | | | | 2,590.71 |
| **Gross Pay** | | | **$2,536.83** | 22,885.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Med For W2 | 19.51 | |
| Group Term Life | 9.52 | 85.68 |
| Max Elig/Comp | 2,536.83 | 22,885.35 |
| Max Elig/Comp | 2,536.83 | 22,885.35 |
| Safe | 76.10 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -287.68 | 2,058.81 |
| | Social Security Tax | -155.16 | 1,402.53 |
| | Medicare Tax | -36.29 | 328.01 |
| | OK State Income Tax | -88.00 | 837.00 |
| | **Other** | | |
| | Dental | -1.10* | 8.80 |
| | Fsa Medical | -23.08* | 184.64 |
| | Loan 1 | -100.43 | 803.44 |
| | Loan 2 | -116.81 | 934.48 |
| | Medical | -19.51* | 156.08 |
| | Parking | -13.85 | 110.80 |
| | 401K | -50.74* | 457.73 |
| | **Net Pay** | **$1,644.18** | |
| | Checking | -1,644.18 | |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
  OK:   Married
Exemptions/Allowances:
  OK:   0, Filing Jointly or Surviving Spouse

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,442.40

©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc

▼ TEAR HERE



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Advice number:   00000160025
Pay date:        04/17/2014

Deposited to the account of
DEBRA S FITZSIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8000 | xxxx xxxx | $1,644.18 |

**NON-NEGOTIABLE**

Case: 14-11978   Doc: 7   Filed: 05/09/14   Page: 4 of 5

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 6ES | 000400 | 101100 | | 0000140025 | 1 |

## Earnings Statement — ADP

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Period Ending: 03/28/2014
Pay Date: 04/04/2014

00000000017
DEBRA S FITZSIMMONS
14 E. BARNES
SHAWNEE OK 74804

Taxable Marital Status:
 Federal:   Single

Exemptions/Allowances:
 Federal:   4,$10 Additional Tax

Social Security Number: XXX-XX-7223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2536.83 | 80.00 | 2,536.83 | 17,757.81 |
| Pto | | 16.00 | | |
| Vac Pay Out | | | | 2,590.71 |
| **Gross Pay** | | | **$2,536.83** | 20,348.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal income Tax | -287.68 | 1,771.13 |
| | Social Security Tax | -155.17 | 1,247.37 |
| | Medicare Tax | -36.29 | 291.72 |
| | OK State Income Tax | -88.00 | 749.00 |
| | Other | | |
| | Dental | -1.10* | 7.70 |
| | Fsa Medical | -23.08* | 161.56 |
| | Loan 1 | -100.43 | 703.01 |
| | Loan 2 | -116.81 | 817.67 |
| | Medical | -19.51* | 136.57 |
| | Parking | -13.85 | 96.95 |
| | 401K | -50.74* | 406.99 |
| | **Net Pay** | **$1,644.17** | |
| | Checking | -1,644.17 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,442.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ee Med For W2 | 19.51 | |
| Group Term Life | 9.52 | 76.16 |
| Max Elig/Comp | 2,536.83 | 20,348.52 |
| Max Elig/Comp | 2,536.83 | 20,348.52 |
| Safe | 76.10 | |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR MARITAL STATUS HAS CHANGED FROM MARRIED TO SINGLE.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS HAVE BEEN CHANGED FROM 0 TO 4.

**Additional Tax Withholding Information**
Taxable Marital Status:
 OK:   Married
Exemptions/Allowances:
 OK:   0, Filing Jointly or Surviving Spouse

* Excluded from federal taxable wages

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Advice number: 00000140025
Pay date: 04/04/2014

THIS IS NOT A CHECK

Deposited to the account of
DEBRA S FITZSIMMONS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8000 | xxxx xxxx | $1,644.17 |

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|----|------|-------|-------|-----------|-----|
| 6ES | 000400 | 101100 | | 0000120027 | 1 |

# Earnings Statement

ADP

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Period Ending: 03/14/2014
Pay Date: 03/21/2014

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 0,$10 Additional Tax
　OK: 0,Filing Jointly or Surviving Spouse

00000000019
DEBRA S FITZSIMMONS
14 E. BARNES
SHAWNEE OK 74804

Social Security Number: XXX-XX-7223

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2536.83 | 80.00 | 2,536.83 | 15,220.98 |
| Vac Pay Out | | | | 2,590.71 |
| **Gross Pay** | | | **$2,536.83** | 17,811.69 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -292.69 | 1,483.45 |
| | Social Security Tax | -155.16 | 1,092.20 |
| | Medicare Tax | -36.28 | 255.43 |
| | OK State Income Tax | -88.00 | 661.00 |
| | **Other** | | |
| | Checking | -1,639.18 | |
| | Dental | -1.10* | 6.60 |
| | Fsa Medical | -23.08* | 138.48 |
| | Loan 1 | -100.43 | 602.58 |
| | Loan 2 | -116.81 | 700.86 |
| | Medical | -19.51* | 117.06 |
| | Parking | -13.85 | 83.10 |
| | 401K | -50.74* | 356.25 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Ee Med For W2 | 19.51 | |
| Group Term Life | 9.52 | 66.64 |
| Max Elig/Comp | 2,536.83 | 17,811.69 |
| Max Elig/Comp | 2,536.83 | 17,811.69 |
| Safe | 76.10 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,442.40

©1998 2006, ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE DEAN A. MCGEE EYE I
608 STANTON L YOUNG BLVD
OKLAHOMA CITY, OK 73104

Advice number: 00000120027
Pay date: 03/21/2014

Deposited to the account of
DEBRA S FITZSIMMONS

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8000 | xxxx xxxx | $1,639.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**