IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Debra S. Fitzsimmons,** ) | Case No.   14-11978-NLJ |
| ) | Chapter   13 |
| **DEBTORS.** ) | |

### OBJECTION TO DEBTORS' PROPOSED CHAPTER 13 PLAN

Creditor, Lakeview Loan Servicing, LLC, hereby objects to Debtors' proposed Chapter 13 Plan (the "Plan") and in support thereof states as follows:

1.  Creditor is the holder of a secured claim in the amount of $140,556.18 plus interest, costs and attorney's fees, secured by the following described residential property of Debtors:

> **LOT THIRTEEN (13), BLOCK NINE (9), NORTHRIDGE THIRD ADDITION, TO THE CITY OF SHAWNEE, POTTAWATOMIE COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEROF, commonly known as 14 E Barnes St, Shawnee, OK 74804**

(the "Property").

2.  As of the date of the filing of Debtors' bankruptcy Petition, Debtors were in arrears on their obligation to Creditor in the amount of approximately $6,919.24 plus interest.

3.  The Plan fails to meet the requirements of 11 U.S.C. Sections 1325 and 1322(b)(5) insofar as the Plan provides for the curing of pre-petition defaults in the amount of only $2,90.00 on the indebtedness to Creditor.

WHEREFORE, Creditor requests that this Court enter an Order modifying the terms of the Plan so as to provide for full payment of the arrearage claim plus interest to Creditor, or, in the alternative, deny confirmation of the Plan.

30255/JH

                                               **KIVELL, RAYMENT and FRANCIS, P.C.**

                                                       s/ Julie Hird Thomas
                                                 Brian J. Rayment, OBA #7441
                                                 Michael J. George, OBA #22570
                                                 Julie Hird Thomas, OBA #10660
                                                 Lauren Smith, OBA #30730
                                                 Triad Center I, Suite 550
                                                 7666 East 61st Street
                                                 Tulsa, Oklahoma 74133
                                                 Phone: (918) 254-0626
                                                 Facsimile: (918) 254-7048
                                                 E-mail: jthomas@kivell.com

                                                **ATTORNEYS FOR CREDITOR**

### CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

      I hereby certify that on July 2, 2014, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

James E. Palinkas
318 N. Broadway Ave,
Shawnee, OK  74801
*Service accomplished through Court's CM/ECF system.

John Hardeman
Chapter 13 Trustee
P.O. Box 1948,
Oklahoma City, OK  73101
*Service accomplished through Court's CM/ECF system.

                                                       s/ Julie Hird Thomas
                                                 Julie Hird Thomas, OBA #10660

30255/JH